**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO: 23-30234-SWE-13** |
| **ROBERT PARKS** | |
| **DEBTOR** | |

**REPORT OF (ADJOURNED) SECTION 341 MEETING**

**General Case Information**

| Case Information: | Hearing Information: | | Payment Information: | |
|---|---|---|---|---|
| | 341 Meeting Date: | April 13, 2023 | Plan Base Amount: | $9,000.00 |
| | Days from Petition: | 66 days | Plan Term: | 60 months |
| | Original 341 scheduled: | Mar 16, 2023 | Current Monthly Payment: | $150.00 |
| | Confirmation Hearing set: | 4/20/2023 | First Payment Due: | Mar 09, 2023 |
| | No Show/ID NOI Sent: | | Amount Paid to Trustee: | $300.00 |
| | NOI for 1st Pymt Sent: | | | |

| Meeting Information: | Debtor(s) Appeared?  Dr 1 [x] Yes  [ ] No   Dr 2 [ ] Yes  [ ] No |
|---|---|
| | ID Checked:  [x] Dr 1  [ ] Dr 2 |
| | SSN Checked:  [x] Dr 1  [ ] Dr 2 |
| | Debtor(s) Attorney / Paralegal Appeared?  [x] |
| | Pro Se  [ ] |
| | Creditor Appeared?  [x] Yes  [ ] No |
| | Name:                                                    Representing: |
| | Cade Thueson                                     Joe Homebuyer (Thueson DS Ventures) |
| | Steven Deus                                      Joe Homebuyer (Thueson DS Ventures) |

| Hearing Status: | 341 Meeting Concluded:  [x] Yes  [ ] No |
|---|---|
| | [ ] Debtor unable to connect to Zoom meeting |
| | Debtor was asked the standard questions:  [x] Yes  [ ] No |
| | [x] Yes   [ ] No   Debtor confirmed that all the information contained on the Petition, Schedules, Statement of Financial Affairs, and CMI form was true and correct and needed no changes or additions to make them true and complete. |

| Notice of Intent to Dismiss Information: | [ ] Failure to Appear: | [ ] Dr 1 | [ ] Dr 2 | [ ] Photo ID: | [ ] Dr 1 | [ ] Dr 2 |
|---|---|---|---|---|---|---|
| | [ ] Wage Directive Info: | [ ] Dr 1 | [ ] Dr 2 | [ ] SSN Card: | [ ] Dr 1 | [ ] Dr 2 |
| | [ ] Tax Returns: | [ ] Dr 1 | [ ] Dr 2 | [ ] Paystubs: | [ ] Dr 1 | [ ] Dr 2 |
| | [ ] Other: | | | | | |

| Legal Action Needed: | [ ] Trustee's Motion to Transfer Venue Needed: |
|---|---|
| | [ ] Serial Filer: |
| | [ ] Other: |

REPORT OF (ADJOURNED) SECTION 341 MEETING, Page 2
Case # 23-30234-SWE-13
ROBERT PARKS

| | Confirmation Issues |
|---|---|
| Best Interest: | Exemptions: ☐ Federal  ☒ State - Texas  ☐ State - Other:<br>Exceeds $189,050.00  ☒ Yes  ☐ No  ☐ n/a<br>Value (equity) of non-exempt property (provide detail below): $171,780.00<br>Real estate $170,500, Deposits of money $1,280<br>Total Value of Assets listed as Exempt on Schedule C: $$218,055<br>Improper Exemption: ☐ Yes ☒ No  Explain:<br>Fraudulent Transfer: ☐ Yes ☒ No  Explain:<br><br>☒ **Objection to Confirmation needed for the following reason:**<br>　☒ Best Interest "Not paying Non-Exempt": of $171,780. |
| Feasibility: | ☒ Yes  ☐ No |
| Disposable Income: | **Below Median Income**<br>Debtor's Projected Monthly Disposable Income: $182.70  x  ACP: 36 = $6,577.20 |
| Good Faith:<br><br>(Petition & Plan Issues:) | ☒ Yes  ☐ No<br><br>☒ **Objection to Confirmation needed for the following reason:**<br>　☒ Debtor has not disclosed all assets: Trustee requests that Schedule B, line item 30 be amended to reflect $500,000 owed to the Debtor per his testimony by a contractor who failed to pay him.<br><br>☒ Yes  ☐ No<br><br>☒ **Objection to Confirmation needed for the following reason:**<br>　☐ Insufficient Plan.<br>　☒ Plan does not provide for the following Secured debt: (Not IRS/DSO): Dallas County in the amount of $53,250.64.<br>　☒ Other: Note: Creditor Joe Homebuyer representatives indicated at the 341 meeting they filed a secured claim; however the claim is not yet uploaded into the Trustee file. |
| Domestic Support Obligation (DSO:) | Is Debtor current on Post Petition DSO?  ☐ Yes  ☐ No  ☒ N/A |
| Tax Returns: | Filed previous 4 years ☒ Yes  ☐ No<br>Tax years NOT filed: 2022<br>Affidavit needed ☐ Yes ☒ No  |  Affidavit rcvd ☐ Yes ☐ No<br><br>☒ **Objection to Confirmation needed for the following reason:**<br>　☒ IRS claim not provided for Secured and/or Priority: in the amount of $27,470.50. |
| Business Case: | Is this a Business Case?  ☐ Yes  ☒ No   Level: |
| Civil Enforcement: | ☐ Petition Preparer was involved  ☐ Debtor attorney fees exceed "Standard fee" |

**REPORT OF (ADJOURNED) SECTION 341 MEETING, Page 3**
**Case # 23-30234-SWE-13**
**ROBERT PARKS**

| | | |
|---|---|---|
| 521(a)(1) Information has been filed: | [x] List of Creditors<br>[x] CMI Statement<br>[x] Schedules A,B,C,D,E,F,G and H<br>[x] Schedules I and J | [x] Statement of Financial Affairs<br>[x] Dr 1 60 Days Payment Advices<br>[ ] Dr 2 60 Days Payment Advices |
| Eligibility: | Certificate of Credit Counseling within 180 days on file    [x] Yes [ ] No<br>Provider of Credit Counseling is approved    [x] Yes [ ] No<br>Debt limit exceeds maximum ($2,750,000)    [ ] Yes [x] No | |
| Required for Confirmation: | [ ] Other reason(s) for Objection to Confirmation: | |
| | [ ] Additional document(s) required for Confirmation: | |
| Presiding Officer Information: | The 341 meeting was heard on: 4/13/2023 | By: /s/ Len Nary<br>Office of the Standing Chapter 13 Trustee |