IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In re:

**Robert Parks**
   2526 Hulette Ave
   Lancaster, TX 75134
   SSN: xxx-xx-2758

Debtor

Case No. 23-30234-swe

Chapter 13

### NOTICE OF HEARING ON MOTION TO AMEND SALE ORDER CONCERNING REAL PROPERTY

    You are hereby notified of the filing of the *Motion to Amend Sale Order Concerning Real Property* and Notice of Hearing thereon.

    A Pre-Hearing Conference on the *Motion to Amend Sale Order Concerning Real Property* will be held on **Thursday, March 28, 2024**. Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney no later than 4:00 p.m. on March 27, 2024.

    Any objections to the proposed Motion not resolved or defaulted at the Pre-Hearing Conference will be heard by the Court on **March 28, 2024,** by Webex beginning at 2:00 p.m. Parties are not required to attend the Pre-Hearing Conference unless they oppose the Motion.

    **For WebEx Video Participation/Attendance**:

    Link: https://us-courts.webex.com/meet/everett

    **For WebEx Telephonic Only Participation/Attendance**:

    Dial-In: 1-650-479-3207
    Access Code: 476 420 189

    Further information can be found at:
    https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates

DATED: February 23, 2024.                    Respectfully submitted:

                                                               NORRED LAW, PLLC
                                                                By: __/s/ Clayton L. Everett____
                                                                      Clayton L. Everett
                                                               Texas State Bar No. 24065212
                                                               clayton@norredlaw.com
                                                               515 E. Border St., Arlington, Texas 76010
                                                               Telephone: (817) 704-3984
                                                               Special Counsel for Debtor

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing NOTICE OF HEARING ON MOTION TO AMEND SALE ORDER CONCERNING REAL PROPERTY has been served by U.S. Mail, Postage Prepaid or electronic service on this the 23rd day of February, 2024 on the parties listed below.

| | |
|---|---|
| *Chapter 13 Trustee:* | *Attorney for the Trustee*: |
| Thomas D. Powers, Chapter 13 Trustee | Tara Tankersley |
| 105 Decker Ct., Suite 1150 11th Floor | 105 Decker Ct., Suite 1150 11th Floor |
| Irving, TX 75062 | Irving, TX 75062 |
| | |
| *Debtor:* | *Attorney for Debtor:* |
| Robert Parks | Marcus B. Leinart, Leinart Law Firm |
| 2526 Hulette Avenue | 10670 N. Central Expwy., Suite 320 |
| Lancaster, TX 75134 | Dallas, TX 75231 |
| | |
| *Notices of Appearance:* | |
| Linebarger Goggan Blair & Sampson, LLP | Howard Marc Spector |
| c/o Camille Stecker | Spector & Cox, PLLC |
| 2777 N. Stemmons Frwy. Suite 1000 | 12770 Coit Road, Suite 850 |
| Dallas, TX 75207 | Dallas, TX 75251 |
| Counsel for Dallas County | Counsel for TaxCore Lending, LLC |
| | |
| Norred Law, PLLC | Howard Marc Spector |
| Clayton L. Everett | Spector & Cox, PLLC |
| 515 E. Border Street | 12770 Coit Road, Suite 850 |
| Arington, TX 76011 | Dallas, TX 75251 |
| Special Counsel for Debtor | Counsel for Home Tax Solutions, LLC |

                                                                  By: __/s/ Clayton L. Everett____