IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>**Robert Parks**<br>2526 Hulette Ave<br>Lancaster, TX 75134<br>SSN: xxx-xx-2758<br><br>Debtor | Case No. 23-30234-swe<br><br>Chapter 13 |

### JOINT STIPULATION TO TERMINATE AND RELEASE
### MEMORANDUM OF AGREEMENT REGARDING REAL ESTATE

IT IS HEREBY STIPULATED AND AGREED TO by Debtor Robert Parks and Cade Thueson, as agent of Joe Homebuyer, as follows:

WHEREAS, on February 6, 2023, Robert Parks and Joe Homebuyer executed a contract for the sale of the real property located at 1119 Lima Street, Dallas, Texas 75232 ("Lima Street Property").

WHEREAS, on February 8, 2023, Joe Homebuyer filed a Memorandum of Contract for Sale and Purchase of Property concerning the Lima Street Property in the Dallas County deed records, Instrument Number 202300023671.

WHEREAS, on April 10, 2024, the Debtor Robert Parks filed his Second Motion to Sell Real Property Free and Clear of Interest, seeking to sell the property located at 1119 Lima Street to a buyer other than Joe Homebuyer for a sale price of $82,000.

WHEREAS, the parties have agreed to terminate the February 6, 2023, contract for sale and release the February 8, 2023, Affidavit and Memorandum of Agreement Regarding Real Estate.

THEREFORE, the parties stipulate as follows:

1. The Contract for Sale of the Lima Street Property executed by the parties on February 6, 2023, is hereby terminated.

2. The Memorandum of Contract for Sale and Purchase of Property concerning the Lima Street Property executed by the parties on February 8, 2023, is hereby released as further evidenced by Joe Homebuyer's attached signed release.

STIPULATED AND AGREED TO BY:      DATED: May 16, 2024.

ROBERT PARKS, DEBTOR

By: _____
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St., Arlington, Texas 76010
Telephone: (817) 704-3984
Special Counsel for Robert Parks

JOE HOMEBUYER

By: _____
Cade Thueson, Agent for
Joe Homebuyer of Dallas
16625 Spence Park Ln.
Prosper, TX 75078
214-973-3967
cade@joehomebuyer.com

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORD: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## RELEASE OF MEMORANDUM

**Date:** May 6, 2024

**Affiant/Grantee:** Joe Homebuyer

**Grantor:** Robert Parks

**Property (including improvements):**

1119 Lima Street, Dallas, Texas 75232
UHL GARDENS 1 BLK A LOT 4

Affiant acknowledges the expiration of the Contract for Sale Agreement, and this document is to serve as a release of the memorandum of contract instrument number 202300023671.

**Joe Homebuyer**

By: Cade Thueson, Agent

State of Texas §
County of Tarrant §

This instrument was acknowledged before me on May 6, 2024, by Cade Thueson, authorized agent of Joe Homebuyer.

Notary Public, State of Texas
My commission expires: 4-6-2025

KATHERINE FLINT
Notary Public, State of Texas
Comm. Expires 04-06-2025
Notary ID 133016163